STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RUDOLF WORBETZ, DEFENDANT-APPELLANT.

Submitted February 28, 1955—Decided March 14, 1955.

*Mr. Rudolf Worbetz, in propria persona.*

*Mr. Leon Gerofsky,* Somerset County Prosecutor, for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.